# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stanley, Mary E. | So. Dist. West Virginia | 04/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time magistrate judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>03/31/2013 |

**7. Chambers or Office Address**

5408 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Charleston Land Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Account: United National Bank | A | Interest | J | T | | | | | |
| 2. Virginia Comwlth Transn Brd Tran Rev | A | Interest | | | Redeemed | 04/02/12 | K | A | |
| 3. Fairfax Cnty Va Pub Impt-Ser B U/T B/E | A | Interest | | | Redeemed | 06/01/12 | K | A | |
| 4. Virginia St. RFDG-Ser A L/T | A | Interest | | | Redeemed | 06/01/12 | K | A | |
| 5. Virginia Beach VA RFDG-Pub Impt-Ser B | A | Interest | J | T | | | | | |
| 6. Virginia St. Pub. Sch. Auth. Ser. A | A | Interest | | | Redeemed | 08/02/12 | J | A | |
| 7. Virginia St. Pub. Sch. Auth. Sch. Fing-1997 Resolution | A | Interest | | | Redeemed | 08/02/12 | J | A | |
| 8. Fairfax Co Va Wtr Auth Rev ETM Dtd 10/1/77 | A | Interest | J | T | | | | | |
| 9. BP PLC | A | Dividend | | | Sold | 04/05/12 | J | D | |
| 10. JP Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 11. PPG Industries Inc. | A | Dividend | K | T | | | | | |
| 12. NextEra Energy Inc. | A | Dividend | K | T | | | | | |
| 13. Verizon Communications Inc. | B | Dividend | K | T | | | | | |
| 14. Invesco Mid Cap Core Equity A | A | Dividend | K | T | | | | | |
| 15. Pimco Commod Real Return Str A | D | Dividend | | | Sold | 04/09/12 | K | A | |
| 16. DWS Commodity Securities A | D | Dividend | K | T | Sold (part) | 11/21/12 | J | A | |
| 17. W&R Ivy International Value A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Prime Cash Series of CB Financial Services | A | Int./Div. | J | T | | | | | |
| 19. T. Rowe Price Small-Cap Stock | C | Distribution | L | T | | | | | |
| 20. T. Rowe Price Capital Appreciation | B | Dividend | K | T | | | | | |
| 21. T. Rowe Price Total Equity Market Index | A | Dividend | K | T | | | | | |
| 22. T. Rowe Price Dividend Growth Fund | B | Dividend | L | T | | | | | |
| 23. Vanguard Emerging Mkts Stk Indx Admiral Individual | | None | | | Sold | 08/10/12 | K | A | |
| 24. Vanguard 500 Index Fund Admiral Individual | C | Dividend | M | T | Buy (add'l) | 08/13/12 | K | | |
| 25. Vanguard Small-Cap Index Fund Admiral Individual | B | Dividend | L | T | | | | | |
| 26. Vanguard I-T Investment Grade Admiral Individual | C | Dividend | L | T | Buy | 06/18/12 | L | | |
| 27. Vanguard I-T Investment Grade Admiral Individual | C | Dividend | L | T | Sold (part) | 02/19/13 | J | A | |
| 28. Vanguard 500 Index Fund Admiral Rollover IRA | D | Dividend | N | T | Sold (part) | 04/09/12 | K | C | |
| 29. Vanguard REIT Index Fund Admiral Rollover IRA | A | Dividend | K | T | Buy | 04/09/12 | K | | |
| 30. Vanguard 500 Index Fund Admiral Roth | C | Dividend | M | T | | | | | |
| 31. Vanguard I-T Investment Grade Roth | A | Dividend | | | Sold | 01/04/12 | K | A | |
| 32. Vanguard Dividend Growth Fund Roth | A | Dividend | K | T | Buy | 01/04/12 | K | | |
| 33. Delaware Ltd Trm Diversified A | A | Dividend | K | T | | | | | |
| 34. Rivermede, Inc. | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Realty Capital Trust III REIT | A | Distribution | | | Buy | 04/30/12 | K | | |
| 36. American Realty Capital Trust III REIT | A | Distribution | | | Merged (with line 37) | 02/28/13 | K | D | |
| 37. American Realty Capital Properties | A | Distribution | K | T | | | | | |
| 38. Facebook | | None | J | T | Buy | 11/26/12 | J | | |
| 39. Vanguard Consumer Discretionary ETF | | None | J | T | Buy | 01/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I, line 1, the Charleston Land Trust is an agency of the City of Charleston, West Virginia, which is responsible for acquisition, management, and development of real property owned by the City. As a member of the Land Trust, I am not compensated, and I am not a "trustee."

| Name of Person Reporting | Date of Report |
|---|---|
| Stanley, Mary E. | 04/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Stanley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544